IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MONICA JEFFRIES,        *
    Plaintiff
                                        *

    v                                                       Civil Action No.: PJM-09-2247
                                        *

PACIFIC LAND MONEY PURCHASE
 PENSION PLAN AND TRUST:    *
 SUBSTITUTE TRUSTEES FRIEDMAN,
 AND MacFADYEN, P.A.,       *
    Defendant
                                       ******

## **MEMORANDUM OPINION**

The above-captioned case was filed by Plaintiff, pro se, on August 26, 2009. Paper No. 1. Plaintiff has also filed a Motion to Proceed In Forma Pauperis. Paper No. 2. Because she appears to be indigent, her Motion shall be granted.

Plaintiff seeks review of state foreclosure and estate proceedings. Paper No. 1. The named Defendant resides in Maryland, as does Plaintiff. *Id*. The property at issue is located in Maryland. Plaintiff alleges that Defendant has improperly acted to foreclose on the subject property. Plaintiff apparently seeks to invoke the federal question jurisdiction of this Court; however, there is no federal question involved in the controversy she describes in her Complaint. Resolution of her grievance involves application of Maryland State enforcement of judgment laws as well as Maryland probate law. To the extent that a claim involving erroneous seizure/foreclosure on real property could be reviewed by this Court under diversity jurisdiction, diversity of citizenship does not appear to exist in this case. Plaintiff resides in Maryland, the property at issue in the sheriff's sale is located in Maryland, and the Defendant resides in Maryland. This court is not the proper forum for the instant Complaint and it must be dismissed.

Accordingly, the instant action must be dismissed. A separate order follows.

August 31, 2009

                                                /s/  
                              PETER J. MESSITTE  
                  UNITED STATES DISTRICT JUDGE